IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    *Plaintiff*,

v.                                          Case No.: 3:25cv35-MW/HTC

WCJ CAPTAIN RYAN ASHLEY
MCCORMICK, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. The Magistrate Judge recommends dismissal because Plaintiff is a "three-striker," he has not paid the filing fee, and his allegations do not satisfy the imminent danger exception. Since the Magistrate Judge issued the report and recommendation on January 27, 2025, Plaintiff has filed numerous exhibits and other papers, but he has not addressed any objections to the report and recommendation, nor has he demonstrated that he faces imminent danger so as to avoid dismissal for failure to pay the filing fee. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who must pay the filing fee and failed to do so." Mr. Short's conduct of repeatedly filing frivolous litigation has become abusive. However, the Magistrate Judge's recommendation to prohibit all future filings unless Mr. Short is represented by counsel or granted leave of court appears to be an overbroad injunction limiting Mr. Short's meaningful access to the court. *See Miller v. Donald*, 541 F.3d 1091, 1096–99 (11th Cir. 2008). At this juncture, this Court warns Mr. Short that he risks losing access to the court if he continues to file frivolous and abusive litigation going forward. The Clerk shall close the file.

**SO ORDERED on February 21, 2025.**

s/Mark E. Walker<br>
**Chief United States District Judge**